# United States Court of Appeals
## For the First Circuit

No. 17-1784

UNITED STATES OF AMERICA,

Appellee,

v.

DAVID ACKELL

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on October 24, 2018 is amended as follows:

On page 18, line 11, insert a comma after "i.e."

On page 18, line 23, "so to" should be "so too"

On page 19, line 1, underline "Cassidy"

On page 23, line 10, insert a period after "R.R" so that it reads "R.R."